UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON LEE SUTTON,

     Plaintiff,

v.

PIERCE COUNTY SHERIFF *et al*.,

     Defendants.

Case No.  C07-5327RBL

ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B).  Before the court is plaintiff's motion for appointment of counsel  (Dkt. # 8).

    There is no right to have counsel appointed in cases brought under 42 U.S.C. § 1983. Although the court, under 28 U.S.C. § 1915(e)(1), can request counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional circumstances.  Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy, 745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980).  A finding of exceptional circumstances requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues involved.  Wilborn, 789 F.2d at 1331.

    Plaintiff has demonstrated an adequate ability to articulate his claims *pro se*.  Thus, it appears that

ORDER
Page - 1

this case does not involve exceptional circumstances which warrant appointment of counsel. Accordingly, Plaintiff's Motion to Appoint Counsel (Dkt. # 8) is **DENIED**.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 4 day of September, 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge