UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON LEE SUTTON,<br><br>    Plaintiff,<br>  v.<br><br>PIERCE COUNTY SHERIFF,<br><br>    Defendant. | Case No.  C07-5327RBL<br><br>ORDER FOR PLAINTIFF TO PROVIDE PROPERLY FILLED OUT MARSHAL'S SERVICE FORMS FOR DEFENDANT GARY FRIEDMAN |

This civil rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Plaintiff has been given *in forma pauperis* status and the court is obligated to attempt service of process on his behalf (Dkt. # 4).

There are three named defendants in this action. The named defendants are the Pierce County Sheriff Paul Pastor, Richard Odegard, a chaplain working for the Pierce County Jail, and Gary Friedman, a person working for Jewish Services International.

On August 24, 2007, the court sent service packets to each named defendant. (Dkt # 12). The service packet sent to Gary Friedman was returned as he does not work at the Tacoma address where the packet was sent (Dkt. # 15). Neither of the other two packets were returned. Plaintiff has moved for default against defendants Pastor and Odegard and asks for additional time to serve defendant Friedman

ORDER
Page - 1

(Dkt # 18).  Plaintiff alleges the United States Marshals service form for defendant Friedman had an address of P.O. Box 85840, Seattle Washington, 98145-1840.

The motion for additional time to serve defendant Friedman is **GRANTED**.  Plaintiff is directed to send the court another filed out United States Marshals Service form and copy of the complaint for this defendant. The court will then enter another order to attempt service.  The plaintiff has until **March 14, 2008,** to provide the service documents.

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants Pastor and Odegard.

DATED this 31 day of January,  2008.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge