UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JASON LEE SUTTON,

       Plaintiff,

  v.

PIERCE COUNTY SHERIFF *et al.*,

       Defendants.

Case No. C07-5327RBL/JKA

ORDER DENYING PLAINTIFF'S MOTIONS

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court are two motions filed by plaintiff noted for August 1, 2008. The first motion is a motion to have defendant Friedman personally served (Dkt. # 40). The court's file indicates defendant Freidman accepted service by mail August 11, 2008 (Dkt # 43 and 44). Plaintiff did not serve his motion on any of the counsel who have appeared on behalf of the named defendants.

    When the court ordered this action served it sent an order to the parties indicating:

> All original documents and papers submitted for consideration by the court in this case, are to be filed with the Clerk of this court. The originals of all such papers shall indicate in the upper righthand corner the name of the Magistrate Judge to whom the copies are to be delivered. The papers shall be accompanied by proof that such documents have been served upon counsel for the opposing party (or upon any party acting pro se). The proof shall show the day and manner of service and may be written acknowledgment of service, by certificate of a member of the bar of this court, or by affidavit of the person who served the papers.

ORDER
Page - 1

1 (Dkt. # 12). The court will not entertain motions that have not been served on opposing counsel.

2 Plaintiff's next motion is a motion to extend discovery (Dkt # 41). Plaintiff did not serve this
3 motion on any opposing party. The court will not entertain the motion at this time. Plaintiff will need to
4 re-file and serve all parties. Motions (Dkt. # 40 and 41) are stricken without prejudice.

5 The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

7 DATED this 25 day of August, 2008.

9 /S/ *J. Kelley Arnold*
J. Kelley Arnold
10 United States Magistrate Judge