UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JASON LEE SUTTON,<br><br>Plaintiff,<br><br>v.<br><br>PIERCE COUNTY SHERIFF PAUL PASTOR, CHAPLAIN RICHARD ODEGARD, AND RABBI GARY FRIEDMAN.,<br><br>Defendants. | Case No. C07-5327RBL/JKA<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) This action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY**. The dismissal is made pursuant to Federal Rule of Civil Procedure 41 (a)(2) on plaintiff's motion (Dkt # 52).

(3) Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon. J. Kelley Arnold.

DATED this 31st day of October, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1