# United States District Court

WESTERN DISTRICT OF WASHINGTON

JASON LEE SUTTON

JUDGMENT IN A CIVIL CASE

v.

PIERCE COUNTY SHERIFF PAUL PASTOR, et al.,

CASE NUMBER: C07-5327RBL/JKA

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED WITH PREJUDICE AND WITHOUT COSTS TO ANY PARTY**. The dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(2) on plaintiff's motion (Dkt. #52).

| November 3, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/CM Gonzalez*
Deputy Clerk